UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ENSEIGNO SAINT-LOUIS,

    Plaintiff,

v.                                Case No: 2:12-cv-641-Ftm-99SPC

THICK, INC. and THOMAS POPOLI, JR.

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal of Claims With Prejudice (Dkt. #8).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of January, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\12-cv-641 dismiss 8.docx