**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ENSEIGNO SAINT-LOUIS,

    Plaintiff,

v.                                                    Case No: 2:12-cv-641-Ftm-99SPC

THICK, INC. and THOMAS POPOLI, JR.

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal of Claims With Prejudice (Dkt. #8).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 18th day of January, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\12-cv-641 dismiss 8.docx